## CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, __Matthew Fermin__, am an individual formerly employed by __English Enterprises, Inc, et al__

(together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _[signature]_

Name: Matthew Fermin

Dated as of 10/15/13