## CONSENT TO SUE UNDER
## THE FAIR LABOR STANDARDS ACT

I, __Janckell Fermin__, am an individual formerly employed by __English Enterprises, Inc., et al__ (together, including any successors, affiliates or related entities, "Defendants"). I consent to be a plaintiff in an action to collect unpaid compensation against Defendants.

By: _/s/ Janell Fermin_

Name: Janckell Fermin

Dated as of __10-17-13__