# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2014, I caused the Initial Conference Order in Case No. 14-CV-3281 to be served via First Class Mail upon the following Defendants:

**ENGLISH ENTERPRISES INC.**
90 Main Street
Charlestown, MA 02129

**OLIVES NY LLC**
1 First Avenue
Charlestown, MA 02129

**TODD ENGLISH**
125 Rockwood Street
Brookline, MA 02445

C.K. Lee, Esq.