UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/14

---

MATTHEW FERMIN and JANCKELL FERMIN, on behalf of themselves, FLSA Collective Plaintiffs and the Class,

Plaintiffs,

v.

ENGLISH ENTERPRISES, INC., OLIVES NY LLC, and TODD ENGLISH

Defendants.

---

Case No.: 14 CV 3281

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants to answer, move or otherwise respond with respect to the Complaint in the above matter is hereby extended through and including July 15, 2014. There has been no previous request for an extension of time.

IT IS FURTHER STIPULATED AND AGREED, that Defendants agree to (i) consent to the jurisdiction of the Court, and (ii) accept service of the Complaint and any amended Complaint authorized by the Court, and waive all defenses relating to invalid service of process.

By: _____
Paul J. Siegel, Esq.
Noel P. Tripp, Esq.
Jackson Lewis P.C.
58 S. Service Road, Suite 410
Melville, NY 11747
Telephone: (631) 247 0404
siegelp@jacksonlewis.com
trippn@jacksonlewis.com

Date: 6/18/14

SO ORDERED

__6/23/14_____
U.S.D.J.

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, New York 10016
Telephone: (212) 465-1180
cklee@leelitigation.com

Date: 6-18-14

_____
Dated

4832-4528-0539, v. 2