UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*
58 South Service Rd., Ste. 250
Melville, New York  11747
(631) 247-0404

ATTORNEYS OF RECORD:
    PAUL J. SIEGEL, ESQ.
    NOEL P. TRIPP, ESQ.

---

MATTHEW FERMIN and JANCKELL FERMIN, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

    Plaintiffs,

v.

ENGLISH ENTERPRISES, INC., OLIVES NY LLC, and TODD ENGLISH

    Defendants.

Case No.: 14 CV 3281

Abrams, J.

---

TO:    C.K. LEE, ESQ.
       LEE LITIGATION GROUP, PLLC
       *ATTORNEYS FOR PLAINTIFFS*
       30 East 39th Street, Second Floor
       New York, New York  10016
       (212) 465-1180

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Defendants sued herein as OLIVES NY LLC and ENGLISH ENTERPRISES, INC., by and through their undersigned counsel, hereby certify that each is a privately-held corporation with no parents or publicly held corporations that own (10%) or more of its stock.

Dated: Melville, New York
      July 15, 2015

                              Respectfully submitted,

                              JACKSON LEWIS P.C.
                              *ATTORNEYS FOR DEFENDANTS*
                              58 S. Service Road, Suite 250
                              Melville, New York  11747
                              (631) 247-0404

            By:            _/s/_____
                              PAUL J. SIEGEL, ESQ.
                              NOEL P. TRIPP, ESQ.

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2014, the enclosed **CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Southern District's Local Rules, and the Southern District's Rules on Electronic Service, upon the following parties and participants:

C.K. LEE, ESQ.
LEE LITIGATION GROUP, PLLC
*ATTORNEYS FOR PLAINTIFFS*
30 East 39th Street, Second Floor
New York, New York  10016

_____
NOEL P. TRIPP, ESQ.

4822-7065-3468, v. 1